

# Fourth Court of Appeals
## San Antonio, Texas

April 15, 2020

No. 04-20-00193-CV

**IN RE** Michael Andrew **DAVIS** and Waterfleet, LLC

Original Mandamus Proceeding[1]

**ORDER**

On April 1, 2020, relators filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on April 15, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of April, 2020.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 19-CI-13387, styled *Keith Michael Bratten v. Michael Andrew Davis and Waterfleet, LLC*, pending in the 224th Judicial District Court, Bexar County, Texas. The Honorable Karen Pozza signed the order at issue in this proceeding.